UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

    -against-

Michael Friedman

------------------------------X

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ MAR 18 2016 ★

LONG ISLAND OFFICE

ORDER

14-CR-0446-001(LDW)

WEXLER, Senior District Judge:

The defendant, through counsel, moves to extend the date in which he was to surrender himself for the service of his sentence. The surrender date is currently set for May 25, 2016, as ordered by this Court on March 10, 2016.

**IT IS HEREBY ORDERED** that the defendant's motion is **GRANTED**. The defendant is ordered to surrender himself to the institution designated by the Bureau of Prison before 2:00 p.m. on **June 29, 2016**.

SO ORDERED:

s/ Leonard D. Wexler
_____
Leonard D. Wexler
Senior U.S.D.J.

Dated: March  18 , 2016
      CENTRAL ISLIP, NEW YORK